UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA NEWPACK SHRIMP, INC.** | CIVIL ACTION |
| VERSUS | NO. 19-12948-WBV-KWR |
| **OCEAN FEAST OF CHINA, LTD, ET AL.** | SECTION: D (4) |

*Consolidated with*

| | |
|---|---|
| **LONGHAI DESHENG SEAFOOD STUFF CO. LTD** | CIVIL ACTION |
| VERSUS | NO. 20-782-WBV-KWR |
| **LOUISIANA NEWPACK SHRIMP, INC., ET AL.** | SECTION: D (4) |

*Consolidated with*

| | |
|---|---|
| **OCEANA SEAFOOD PRODUCTS, LLC** | CIVIL ACTION |
| VERSUS | NO. 21-00003-WBV-KWR |
| **LOUISIANA NEWPACK SHRIMP COMPANY, ET AL.** | SECTION: D (4) |

### ORDER and REASONS[1]

Before the Court is Louisiana Newpack's Rule 12(B)(6) Partial Motion to Dismiss Ocean Feast's Counterclaims.[2] In the Motion, Louisiana Newpack Inc. ("Louisiana Newpack") seeks dismissal of Ocean Feast of China, Ltd.'s ("Ocean Feast's") counterclaims for fraud and conversion set forth in Ocean Feast's Answer

---

[1] All of the citations to the record in this Order refer to documents filed in the master file of this consolidated matter, 19-cv-12948.
[2] R. Doc. 156.

and Counterclaim Against Louisiana Newpack Shrimp, Inc.,[3] as well as Ocean Feast's request for attorney's fees therein. Ocean Feast opposes the Motion.[4]

After careful consideration of the parties' memoranda and the applicable law, the Motion is **DENIED in part** and **DENIED as moot, in part.** To the extent Louisiana Newpack seeks dismissal of Ocean Feast's "counterclaim for fraud," the Motion is **DENIED as moot.** The Court has already determined, in ruling on Louisiana Newpack's Motion for Partial Summary Judgment,[5] that the allegations of fraud in Ocean Feast's Answer and Counterclaim Against Louisiana Newpack, including Paragraph 179, "do not assert a separate cause of action for fraud against Louisiana Newpack."[6]

The Motion is also **DENIED** to the extent that Louisiana Newpack seeks dismissal of Ocean Feast's counterclaim for conversion. The Court finds that Ocean Feast has alleged sufficient facts to state a plausible counterclaim against Louisiana Newpack for conversion. Finally, the Motion is **DENIED** to the extent Louisiana Newpack seeks dismissal of Ocean Feast's request for attorney's fees, as Ocean Feast has asserted a breach of contract counterclaim against Louisiana Newpack and has alleged that Louisiana Newpack has acted with fraud and/or bad faith.[7]

---

[3] R. Doc. 136 at pp.8-13.
[4] R. Doc. 179.
[5] R. Doc. 212.
[6] R. Doc. 290.
[7] R. Doc. 136 at ¶¶ 174 & 179. *See*, *Spurgeon v. Leleux*, Civ. A. No. 6:11-CV-01807, 2019 WL 138388, at *9-10 (W.D. La. Jan. 8, 2019) (Doughty, J.) (citing *Stutts v. Melton*, 2013-0557 (La. 10/15/13), 130 So.3d 808) ("The Louisiana Supreme Court has indicated that a plaintiff who has been defrauded in the performance of a contract is entitled to damages, including attorney's fees.").

Accordingly,

**IT IS HEREBY ORDERED** that Louisiana Newpack's Rule 12(B)(6) Partial Motion to Dismiss Ocean Feast's Counterclaims[8] is **DENIED in part** and **DENIED in part, as moot.**

New Orleans, Louisiana, November 9, 2021.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[8] R. Doc. 156.