UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA NEWPACK SHRIMP, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12948-WBV-KWR** |
| **OCEAN FEAST OF CHINA, LTD, ET AL.** | **SECTION: D (4)** |

*Consolidated with*

| | |
|---|---|
| **LONGHAI DESHENG SEAFOOD STUFF CO. LTD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-782-WBV-KWR** |
| **LOUISIANA NEWPACK SHRIMP, INC., ET AL.** | **SECTION: D (4)** |

*Consolidated with*

| | |
|---|---|
| **OCEANA SEAFOOD PRODUCTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-00003-WBV-KWR** |
| **LOUISIANA NEWPACK SHRIMP COMPANY, ET AL.** | **SECTION: D (4)** |

## ORDER

Before the Court is Ocean Feast Co., Ltd.'s (Third Party Defendant) Motion to Dismiss Amended Third-Party Demand.[1] Louisiana Newpack Shrimp Company, Inc. ("Louisiana Newpack") opposes the Motion.[2]

Because Louisiana Newpack's Opposition brief referred to matters beyond its First Amended and Restated Counterclaim, Third Party Demand and Jury Demand,[3]

---

[1] R. Doc. 181.
[2] R. Doc. 209.
[3] R. Doc. 155.

the Court provided notice to the parties that it may convert the Motion to a motion for summary judgment pursuant to Fed. R. Civ. P. 12(d), and it invited the parties to submit supplemental material or argument pertinent to the Motion.[4] Both Louisiana Newpack and Ocean Feast timely submitted supplemental briefs.[5]

The Court now converts the Motion into a motion for summary judgment. So converted, after careful consideration of the parties' memoranda and the applicable law, and for the reasons stated during the November 12, 2021 Telephone Status Conference, the Court finds that there are genuine issues of material fact in dispute that preclude summary judgment as to Louisiana Newpack's third-party demand against Ocean Feast.

Accordingly,

**IT IS HEREBY ORDERED** that Ocean Feast Co., Ltd.'s (Third Party Defendant) Motion to Dismiss Amended Third-Party Demand[6] is **DENIED.**

New Orleans, Louisiana, November 12, 2021.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[4] R. Doc. 356.
[5] R. Docs. 364 & 365.
[6] R. Doc. 181.