UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA NEWPACK SHRIMP, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12948** |
| **OCEAN FEAST OF CHINA, LTD, ET AL.** | **SECTION: D (4)** |

*Consolidated with*

| | |
|---|---|
| **LONGHAI DESHENG SEAFOOD STUFF CO. LTD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-782** |
| **LOUISIANA NEWPACK SHRIMP, INC., ET AL.** | **SECTION: D (4)** |

*Consolidated with*

| | |
|---|---|
| **OCEANA SEAFOOD PRODUCTS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-00003** |
| **LOUISIANA NEWPACK SHRIMP COMPANY, ET AL.** | **SECTION: D (4)** |

## ORDER and REASONS

Before the Court is a Rule 72 Motion to Object to Order by Magistrate Judge (R. Doc. 419), filed by Longhai Desheng Seafood Stuff Co. Ltd. ("Longhai").[1] Louisiana Newpack Shrimp Company, Inc. ("Louisiana Newpack") opposes the Motion,[2] and Longhai has filed a Reply.[3]

---

[1] R. Doc. 420.
[2] R. Doc. 421.
[3] R. Doc. 424.

After consideration of the parties' memoranda and the applicable law, Longhai's Motion is **DENIED as moot.**

As this matter has been fully briefed in numerous prior Orders, the Court limits its recitation of facts to those relevant to the instant Motion. On December 8, 2021, Longhai filed a Motion for Award of Attorneys' Fees, Cost, and Pre-Judgment Interest.[4] This Court referred the matter to the assigned Magistrate Judge for hearing and submission of Findings and Recommendations pursuant to 28 U.S.C. 636(b)(1)(B).[5] On January 14, 2022, this Court granted Louisiana Newpack's Motion for a Temporary Stay of Enforcement of Judgment and ordered execution of the judgment stayed through 30 days from the entry of the Court's ruling on Louisiana Newpack's Rule 59 Motion to Amend the Judgment and/or for New Trial.[6] Thereafter, and in response to the stay issued by this Court, the Magistrate Judge issued an Order dismissing without prejudice Longhai's Motion for Award of Attorneys' Fees, Cost, and Pre-Judgment Interest, noting that Longhai may re-urge the motion after the lifting of the stay.[7] Longhai then filed the instant Motion, objecting to the Order issued by the Magistrate Judge and arguing that the issue of attorneys' fees was ripe for the Magistrate Judge's ruling irrespective of the stay issued because any such ruling would be subject to the stay.[8]

---

[4] R. Doc. 394.
[5] R. Doc. 395.
[6] R. Doc. 413.
[7] R. Doc. 419.
[8] R. Doc. 420.

The Court issued an Amended Judgment on September 20, 2022,[9] and Longhai immediately filed a Notice of Appeal.[10] This matter has remained stayed pending the appeal since that time. On September 15, 2023, the Court of Appeals for the Fifth Circuit rendered its Judgment.[11] Because the Fifth Circuit has rendered its opinion in this matter, the matter is no longer stayed pending appeal. As noted in the Order by the Magistrate Judge, Longhai may re-urge its Motion as appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that Longhai's Rule 72 Motion to Object to Order by Magistrate Judge (R. Doc. 419)[12] is **DENIED as moot**.

New Orleans, Louisiana, September 26, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[9] R. Doc. 427.
[10] R. Doc. 429.
[11] R. Doc. 460.
[12] R. Doc. 420.